Chase T. Tajima (SBN 304063)
*chase@tajimallp.com*
Patrick Y. Yoo (SBN 302282)
*patrick@tajimallp.com*
**TAJIMA LLP**
4605 Lankershim Blvd., Suite 540
Los Angeles, California 91602
Telephone: (323) 487-1101

Attorneys for Creditor/Movant
M.M. (also known as Matthew Mimiaga)

## CENTRAL DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT, LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>HAO ZHENG,<br><br><br>               Debtor<br><br>M.M.,<br><br><br><br>               Plaintiff,<br><br>    v.<br><br>HAO ZHENG,<br><br><br><br>               Defendant | **M.M.'S NOTICE Of HEARING ON SHORTENED TIME RE MOTION TO REMAND REMOVED STATE COURT ACTION TO LOS ANGELES SUPERIOR COURT**<br><br>Adv. Case No.: 2:26-ap-01138-NB<br><br>Chapter 7 Case No.: 2:26-bk-15344<br><br>Los Angeles County Superior Court Case No.: 24STCV17698<br><br><br>Date:       June 16, 2026<br>Time:      10:00 a.m.<br>Courtroom:  1545 |

Case No. 2:26-bk-15344-NB
Case No. 2:26-ap-01138-NB

M.M.'S NOTICE OF HEARING ON SHORTENED TIME RE MOTION TO REMAND

**TO DEBTOR HAO ZHENG, CHAPTER 7 TRUSTEE SAM S. LESLIE, THE UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL PARTIES IN INTEREST, AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Granting Application and Setting Hearing on Shortened Notice ("Order") entered on June 11, 2026, a hearing has been set on shortened notice on M.M.'s Motion to Remand Removed State Court Action to Los Angeles County Superior Court filed in this adversary proceeding, before the Hon. Neil Bason in Courtroom 1545 of the above-entitled Court **for June 16, 2026 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that a copy of the Order is served with this Notice. The Order sets forth the hearing date, time, courtroom, permitted methods of appearance, service requirements, and other requirements applicable to the hearing.

**MANNER OF APPEARANCE**

Hearings in Judge Bason's courtroom are conducted simultaneously:

1. **In Person** in Courtroom 1545 of the above-entitled court, located at 255 East Temple Street, Los Angeles, CA 90012, unless the Court has been closed;

2. By **Zoomgov video;** and

3. By **Zoomgov telephone**.

Parties may choose any of these appearance options. Per the Order, instructions for appearing by ZoomGov will be set forth in the tentative ruling that will be posted for the first matter of the calendar. CorutCall will not connect to this hearing.

**SERVICE OF NOTICE, ORDER, AND MOVING PAPERS**

Pursuant to the Order, written notice of the hearing and a copy of the Order must be served by June 12, 2025 on the parties identified in the Order for expedited service, including all secured creditors, the debtor and debtor's attorney, any landlords, any trustee or, if there is no trustee, the 20 largest general unsecured creditors, and any person directly affected by the motion.

**OPPOSITION AND FURTHER PROCEEDINGS**

The Order provides that opposition to the motion may be made orally at the hearing. Parties should review the Order and any applicable tentative ruling, local rules, and Court instructions for any additional requirements.

**DOCUMENTS SERVED WITH THIS NOTICE**

The following documents are served with this Notice:

1. **Order Granting Application and Setting Hearing on Shortened Notice**, entered June 11, 2026 .[adv. ECF No. 4].

2. **Motion to Remand Removed State Court Action to Los Angeles Superior Court and Memorandum of Points and Authorities; Declaration of Chase T. Tajima in Support of Motion to Remand**. [adv ECF No 2 *et seq.*]

Dated:  June 12, 2026                              TAJIMA LLP


_____
Chase T. Tajima
Attorneys for Creditor/Movant
M.M. (also known as Matthew Mimiaga)