| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Chase T. Tajima (SBN 304063)<br>chase@tajimallp.com<br>Patrick Y. Yoo (SBN 302282)<br>patrick@tajimallp.com<br>4605 Lankershim Blvd. Suite 540<br>Los Angeles, CA 91602<br>(323) 487-1101<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: M.M. (also known as Matthew Mimiaga) | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 11 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ghaltchi   DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Hao Zheng<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:26-bk-15344-NB<br><br>CHAPTER: 7<br><br>Adv. No.: 2:26-ap-01138-NB |
| | **ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>　　　**[LBR 9075-1(b)]** |

**Movant** (*name*): M.M.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: ~~Motion for Relief from Automatic Stay (dkt 18); and~~ Motion for Remand to California Superior Court (adv. dkt. 2).  A separate order will be entered in bankruptcy case on Movant's Motion for Relief from Automatic Stay (2:26-bk-15344-NB, dkt. 18).

    b. *Date of filing of motion:* June 10, 2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: June 10, 2026

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☒  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: June 16, 2026** | **Place:** |
| **Time:  10:00 a.m.** | ☒ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** 1545 | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☐  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

(A) *Deadlines:*

Date:

Time:

(B) *Persons/entities to be provided with telephonic notice:*

☐  See attached page

(C) *Telephonic notice is also required upon the* United States trustee

(3) ☒  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using  the methods set forth below:        ☐  one of the methods checked ————————————————— ☐ all of the methods checked

(A)  ☐  Personal Delivery   ☐  Overnight Mail   ☐  First class mail   ☐  Facsimile*   ☐  Email*

(B) *Deadlines for **RECEIPT** of Expedited Service – i.e., overnight mail, personal delivery, facsimile*, email*, or Notice of Electronic Filing ("NEF"):*

Date: June 12, 2026

Time: 5:00 p.m.

*Deadline to **DEPOSIT** of first class U.S. mail for service on all other creditors:*

Date:  June 12, 2026

Time:  prior to collection time for that mailbox.

(C) *Persons/entities to be served with written notice and a copy of this order:*
**Parties to be served via Expedited Service:** All secured creditors, the debtor(s) and debtor(s)'s attorney, any landlords, any trustee or if there is no trustee then the 20 largest general unsecured creditors, and any person directly affected by the motion (*e.g.,* for a utility motion, the utility providers).

**All other parties in interest:** must be served via first class U.S. mail.

☐  See attached page

(D) *Service is also required upon*:
 -- United States trustee *(electronic service is not permitted)*
 -- Judge's copy personally delivered to chambers *(see Court Manual for address)*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ ~~one of the methods checked~~ ☐ ~~all of the methods checked~~ Same as above.

(5) ☒ Regarding **opposition to the motion**

   ☒ opposition to the motion may be made **orally** at the hearing

   ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked   ☐ all of the methods checked

   (A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: | |
| | (D) *Service is also required upon*: |
| | -- United States trustee (*electronic service is not permitted*) |
| | ~~-- Judge's copy personally delivered to chambers (see Court Manual for address)~~ |

(6) ☒ Regarding a **reply to an opposition:**

   ☒ a reply to opposition may be made **orally** at the hearing.

   ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked   ☐ all of the methods checked

   (A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: | -- All persons/entities who filed a written opposition |
| Time: | |
| | (D) *Service is also required upon*: |
| | -- United States trustee (*electronic service is not permitted*) |
| | ~~-- Judge's Copy personally delivered to chambers (see Court Manual for address)~~ |

(7) ☒ Other requirements:

*Hearings in Judge Bason's courtroom (1545) are now **simultaneously (1) IN PERSON in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZOOMGOV video, and (3) via ZOOMGOV telephone.** Parties are free to choose from any of these options. For instructions on how to appear via ZoomGov, please see the tentative ruling that will be posted for the first matter on the calendar (i.e., page 1 of the posted tentative rulings). Note that CourtCall (the service that was previously used by this*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 3 **F 9075-1.1.ORDER.SHORT.NOTICE**

*Court for telephonic appearances) will not be able to connect to the hearing, but ZoomGov will permit either video or telephonic appearance (at no cost to the user).*

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, ~~and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

| | |
|---|---|
| ☐ | at least 2 days before the hearing. |
| ☒ | no later than:    Date: <u>June 12, 2026</u>    Time: <u>5:00 p.m.</u> |

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### 

Date: June 11, 2026

Neil W. Bason
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**