Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Chase T. Tajima (SBN 304063)
chase@tajimallp.com
Partick Y. Yoo (SBN 302282)
patrick@tajimallp.com
Tajima LLP
4605 Lankershim Blvd., Suite 540
Los Angeles, CA 91602

☐ *Individual appearing without attorney*
☒ *Attorney for* Movant M.M. (also known as Matthew Mimiaga)

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

Hao Zheng

Debtor(s).

CASE NO.: 2:26-bk-15344

CHAPTER: 7

ADVERSARY NO.: 2:26-ap-01138

M.M.,

Plaintiff(s),

vs.

HAO ZHENG,

Defendant.

**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): M.M.'s Motion to Remand Removed State Court Action to Los Angeles County Superior Court

PLEASE TAKE NOTE that the order or judgment titled Order Granting M.M.'s Motion to Remand Removed State Court Action to Los Angeles County Superior Court, and Exhibit A was lodged on (*date*) __06/16/2026__ and is attached.  This order relates to the motion which is docket number 2__.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4605 Lankershim Blvd., Suite 540, Los Angeles, CA 91602

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served ~~(a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and~~ **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___06/16/2026___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Andy.Liu@AptumLaw.us , 4662851420@filings.docketbird.com , bjliuzheng@recap.email , hkoscarlam@gmail.com
sleslie@trusteeleslie.com , trustee@trusteeleslie.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ___06/16/2026___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

Hao Zheng, 750 Alma Ln., #8244, Foster City, CA 94404

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/16/2026 | Chase T. Tajima | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.