# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

IN RE:

HAO ZHENG,

       Debtor.

M.M.,

       Plaintiff,

   v.

HAO ZHENG,

       Defendant.

**ORDER GRANTING M.M.'S MOTION TO REMAND REMOVED STATE COURT ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

Adv. Case No.: 2:26-ap-01138

Chapter 7 Case No.: 2:26-bk-15344

Los Angeles County Superior Court
Case No.: 24STCV17698

| | |
|---|---|
| Date: | June 16, 2026 |
| Time: | 10:00 a.m. |
| Courtroom: | 1545 |

Case No. 2:26-bk-15344-NB

Case No. 2:26-ap-01138-NB           1

ORDER GRANTING M.M.'S MOTION TO REMAND REMOVED STATE COURT ACTION TO LOS ANGELES COUNTY SUPERIOR COURT

## ORDER

Creditor/Movant M.M.'s (also known as Matthew Mimiaga) Motion to Remand removed State Court Action to Los Angeles County Superior Court ("Motion") came on for hearing on June 16, 2026. The Court, having considered the Motion and supporting papers, the argument of counsel presented at the hearing, and the record in this adversary proceeding and the related bankruptcy action, and good cause appearing:

The Motion is **GRANTED**.

The Court adopts its tentative ruling issued for the June 16, 2026 hearing on the Motion as the Court's actual ruling. A true and correct copy of the tentative ruling is attached to this Order as **Exhibit A** and is incorporated herein by reference.

Pursuant to 28 U.S.C. § 1452(b), the removed action, *M.M. v. Hao Zheng, et al.*, Los Angeles Superior Court Case No. 24STCV17698, (including both the Complaint and Cross-Complaint) is remanded to the Superior Court of the State of California, County of Los Angeles.

Alternatively, and in addition, the Court abstains from hearing this adversary proceeding under 28 U.S.C. § 1334(c)(1), for the reasons stated in the attached and incorporated tentative ruling.

The Court determines that mandatory abstention under 28 U.S.C. § 1334(c)(2) does not apply, for the reasons stated in the attached and incorporated tentative ruling.

Any stay that might otherwise apply to this Order is waived. This Order is effective immediately.

**IT IS SO ORDERED.**

Date: June 16, 2026

_____
Hon. Neil Bason

Case No. 2:26-bk-15344-NB
Case No. 2:26-ap-01138-NB
2

ORDER GRANTING M.M.'S MOTION TO REMAND REMOVED STATE COURT ACTION TO LOS ANGELES COUNTY
SUPERIOR COURT